# MEMO ENDORSED

Mr. Tremel Taylor
Registered No. #77279-054
U.S. Penitentiary McCreary
P.O.Box #3000
Pine Knot, Kentucky 42635-0000



## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK
### WHITE PLAINS DIVISION

| | |
|---|---|
| TREMEL TAYLOR, | * |
| Petitioner, | * |
| | * |
| V. | * |
| | * |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

Case No. 7:20-CV-2233(KMK)
Case No. 16-CR-0390-1(KMK)

## MOTION FOR ENLARGEMENT OF TIME

Now Comes, the above petitioner Mr. Tremel Taylor, in pro-se, to move this honorable court for an extension of time due to extraordinary circumstances beyond his control, based upon governmental malfeasance, and shows the following.

On or about March 31, 2020., the Habeas Court had issued a show cause order upon the defendant, thereby instructing Mr. Tremel Taylor to show why he should not be barred by the AEDPA Statute of Limitation period within sixty days of that order, how ever the Movant did not recied siad order until April 15, 2020.

During the intirm, all sudden the inmate legal computor tower crashed and has not been replaced since April 7, 2020.

Case 7:16-cr-00390-KMK Document 51 Filed 06/05/20 Page 2 of 12
Case 7:16-cr-00390-KMK Document 52 Filed 06/09/20 Page 2 of 12

Page-2

Furtheremore, not only has the USP McCreary staff
faked a COVID-19 outbreak at the facility, they went on a harrasment
campaign against petitioner's legal assistant Mr. Potts for no legal
reason whatsoever, that has completely stalled a timely response to
the court's directive, because simply, staff does not respect court
orders in post conviction matters, or otherwise. (See Pet. Ex. A-B")

Wherefore, as a result of government misfeasance,
petitioner request an additional ("60") days, as a result that the
federal employees never face any consequences:for their conduct due
to unlawful collective bargaining agreements, practices and customs
of the ("BOP") Agency Executive Staff and Justice Department acts
or omissions in turning a blind eye, the Movant has no control over
without Judicial interfearance. ___1__ /

Respectfully Submitted

Dated:  5-25-20

Granted. Mr. Taylor is given until 8/8/20 to anser the Mr. Tremel Taylor, ProⱠse
Order to Show Cause. The Government is to mail this memo
endorsement to Mr. Taylor by 6/12/20 and certify that it did so by
6/15/20.

So Ordered.                                6/8/20

___1__ /  The court should be on notice, that since the Justice Department has been
refusing for the past ("50") years or more to discipline its employees or firing
them for obstructing, harrassing and delaying or destroying inmate legal access
and documents. United States V. Tarpley, 945 F.2d. 806, 809 (5Th Cir. 1991)(quoting)
United States V. Classic, 313 U.S. 299 (1941). Which is a federal program pursuant
to 28 ("CFR") 543.10 et.seq., petitioner has no alternative but to seek a preliminary
injunction and sanctions against Government Counsel, based upon the fact that Potts
does not engaged into any illegal conduct or paraphenelia, in which would cause him
trouble with correctional employees who did not file any incident reports about his
["sic"] belligerent behavoir, because if that was true he would be in special unit
housing. ("See Pet. Exhibit-C")