UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                       :        No. 16 cr. 390 (KMK)
                                              :
            - v. -                            :
                                              :
TREMEL TAYLOR,                                :        **NOTICE OF MOTION FOR**
                                              :        **COMPASSIONATE RELEASE**
                                              :
            Defendant.                        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MEMO ENDORSED**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support

of Defendant's Motion for Compassionate Release, Declaration of Andrew D. Hart in Support of

Defendant's Motion for Compassion Release, and exhibits attached thereto, and upon all other

filings and proceedings herein, Defendant Tremel Taylor, by and through undersigned counsel,

will move this Court, before the Honorable Kenneth M. Karas, on a date and at a time to be

designated by the Court, at the Hon. Charles L. Brieant Jr. Federal Building and United States

Courthouse, 300 Quarropas Street, White Plains, New York, 10601, for an Order granting his

compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

Dated: August 11, 2020
       New York, New York

By: /s/ Andrew D. Hart
Andrew D. Hart
Heidi Savabi
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
ahart@sidley.com
hsavabi@sidley.com

*Attorneys for Defendant*
*Tremel Taylor*

Motion for Compassionate Release pursuant to 18 U.S.C. Section 3582 is denied. Medical records show that Mr. Taylor's asthma is in remission and that he is pre-diabetic. While asthma can increase one's risks from the coronavirus, data show it was not in the top 10 factors in NY cases. And, being pre-diabetic is not a risk factor. Mr. Taylor's other medical conditions do no present as risk factors and the doctor upon which he relies has questionable credentials and has not even met Mr. Taylor. Moroever, McCreary, where Mr. Taylor is being housed, reports only 2 positive cases among inmates and 0 among staff. Finally, the Section 3553(a) factors do not favor release. Mr. Taylor was convicted of serious crimes and his release would undermine respect for the law.

So Ordered.

8/24/20